# EXHIBIT 1

Case 1:22-cv-07655-AKH   Document 1-1   Filed 09/08/22   Page 1 of 2

## List of Skellig ICAV's Policies

|    | Owner                         | Policy Number | Issue State |
|----|-------------------------------|---------------|-------------|
| 1. | Gannet Life Settlement Fund I | 93890465      | NY          |